IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HANNAN RIBIYOU KABUSHIKIGAISHA,<br><br>Plaintiff,<br><br>vs.<br><br>AGU RAMEN, LLC, et al.,<br><br>Defendants.<br>_____ | CIVIL NO. 19-00379 JMS-KJM |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION TO DENY DEFENDANT AGU RAMEN, LLC'S MOTION TO COMPEL ARBITRATION

Findings and Recommendation having been filed and served on all parties on October 14, 2020, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the "Findings and Recommendation to Deny Defendant Agu Ramen, LLC's Motion to Compel Arbitration" are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, November 3, 2020.



/s/ J. Michael Seabright
J. Michael Seabright
Chief United States District Judge