GOODSILL ANDERSON QUINN & STIFEL
A LIMITED LIABILITY LAW PARTNERSHIP LLP

| | |
|---|---|
| EDMUND K. SAFFERY | 5860-0 |
| JOHNATHAN C. BOLTON | 9650-0 |
| CHRISTOPHER P. ST. SURE | 10001-0 |
| RACHEL A. ZELMAN | 10051-0 |

First Hawaiian Center, Suite 1600
999 Bishop Street
Honolulu, Hawaii  96813
Telephone:  (808) 547-5600
Facsimile:  (808) 547-5880

Attorneys for Plaintiff
HANNAN RIBIYOU KABUSHIKIGAISHA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HANNAN RIBIYOU KABUSHIKIGAISHA, individually and on behalf of AGUPLUS, LLC,<br><br>　　　　　Plaintiff,<br>　　vs.<br><br>AGU RAMEN, LLC; HISASHI TEDDY UEHARA; GRANT K. KIDANI; AGU ISENBERG, LLC; AGU EXPRESS, INC.; AGU RAMEN CUPERTINO LLC; ANGEL CAPITAL INC.,<br>　　　　　Defendants<br>　　and<br><br>AGUPLUS, LLC,<br><br>　　　　Nominal Defendant. | CIVIL NO. 19-00379 JMS-KJM<br><br>PLAINTIFF HANNAN RIBIYOU KABUSHIKIGAISHA'S **MOTION TO COMPEL** SEARCH OF FORENSIC IMAGE OF DEFENDANT GRANT K. KIDANI'S ELECTRONICALLY STORED INFORMATION; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF COUNSEL; EXHIBITS "1" – "5"; NOTICE OF HEARING AND CERTIFICATE OF SERVICE<br><br>Judge: Hon. J. Michael Seabright<br>　　　 Hon. Kenneth J. Mansfield<br><br>Trial Date:  September 7, 2021 |

8449856.2

## PLAINTIFF HANNAN RIBIYOU KABUSHIKIGAISHA'S MOTION TO COMPEL SEARCH OF FORENSIC IMAGE OF DEFENDANT GRANT K. KIDANI'S ELECTRONICALLY STORED INFORMATION

Plaintiff HANNAN RIBIYOU KABUSHIKIGAISHA, individually and on behalf of AGUPLUS, LLC ("Plaintiff" or "Hannan"), by and through its attorneys, Goodsill Anderson Quinn & Stifel, a Limited Liability Law Partnership, LLP, hereby moves this Court for an Order compelling a search of the forensic image of Defendant Grant K. Kidani's Electronically Stored Information ("ESI") found on the servers, computers, mobile telephones and/or electronic devices of Defendant GRANT K. KIDANI.

This motion is brought pursuant to Fed. R. Civ. P. 7, 26, and 34, and L.R. 26.2 and 37.1, and is based on the attached Memorandum in Support of Motion, the declaration and exhibits in support, the records and files herein, and such other and further evidence and arguments presented to the Court upon hearing this Motion.

DATED: Honolulu, Hawai'i, February 16, 2021.

/s/ Johnathan C. Bolton
EDMUND K. SAFFERY
JOHNATHAN C. BOLTON
CHRISTOPHER P. ST. SURE
RACHEL A. ZELMAN

Attorneys for Plaintiff
HANNAN RIBIYOU
KABUSHIKIGAISHA